IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. GARDNER, #231984, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:06-cv-413-WHA |
| KENNETH JONES, et al., ) | |
| ) | |
| RESPONDENTS. ) | |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and request an additional twenty days in which to respond to this Court's Order. In addition to other work in the appellate courts, the circuit courts, and the federal district courts I have had insufficient time in which to complete the Order. I have also been gathering documents to complete the Respondents answer.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for twenty additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to attorney for the Petitioner.

>Respectfully submitted,
>
>s/Jean-Paul M. Chappell (CHA073)
>Jean-Paul M. Chappell (CHA073)
>Office of the Attorney General
>Alabama State House
>11 South Union
>Montgomery, AL  36130-0152
>Telephone: (334) 242-7300
>Fax: (334) 242-2848
>E-Mail: jchappell@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Willie L. Gardner, AIS #231984, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama  35023-7299</u>.

        Respectfully submitted,

        s/Jean-Paul M. Chappell (CHA073)
        Jean-Paul M. Chappell (CHA073)
        Office of the Attorney General
        Alabama State House
        11 South Union
        Montgomery, AL  36130-0152
        Telephone:  (334)  242-7300
        Fax:  (334)  242-2848
        E-Mail: jchappell@ago.state.al.us

138525/95071-001