IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. GARDNER #231984,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | CASE NO. 2:06-CV-413-WHA |
| ) | |
| KENNETH JONES, et al.,  ) | |
| ) | |
| Respondents.  ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on May 30, 2006 (Court Doc. No. 7), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from May 30, 2006 to and including June 19, 2006 to file their answer to the petition.

Done, this 31st day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE