IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN 22 P 2: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WILLIE L. GARDNER, #231984, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 2:06-cv-413-WHA |
| KENNETH JONES, et al., ) | |
| ) | |
| RESPONDENTS. ) | |

## SUBMISSION OF EXHIBITS

Come now Respondents in the above-styled cause and submit the following exhibits and corresponding table in support of their answer filed on June 19, 2006.

### Table of Exhibits

| Exhibit Designation | Exhibit Description |
|---|---|
| Exhibit A | Transcript of Gardner's State Post-Conviction Petition (CR-04-0476) |
| Exhibit B | Order Dismissing Gardner's Direct Appeal For Failing To File Timely Notice (CR-03-0502) |
| Exhibit C | Gardner's Brief On Appeal From the Denial of His Post-Conviction Petition (CR-04-0476) |
| Exhibit D | State's Brief |
| Exhibit E | Alabama Court of Criminal Appeals's Memorandum Opinion |
| Exhibit F | Gardner's 39(k) Motion, Application for Rehearing and Brief in Support Of the Rehearing |

| Exhibit G | Court of Criminal Appeals's Decision Overruling the Application For Rehearing |
|---|---|
| Exhibit H | Gardner's Certiorari Petiton to the Supreme Court of Alabama |
| Exhibit I | Gardner's Motion to Suspend the Rules |
| Exhibit J | Gardner's Brief in Support of the Petition |
| Exhibit K | The Supreme Court of Alabama's Order Striking the Brief Under Rule 39(b)(4) of the Alabama Rules of Appellate Procedure |
| Exhibit L | The Supreme Court of Alabama's Decision Denying the Writ of Certiorari and Certificate of Judgment |

Respectfully submitted,

Troy King
*Attorney General*

Jean-Paul M. Chappell
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2006, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  <u>Willie L. Gardner, AIS# 231984, Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL  35023-7299</u>.

                                      Respectfully submitted,

                                      /s/ Jean-Paul M. Chappell
                                      Jean-Paul M. Chappell (CHA073)
                                      Office of the Attorney General
                                      Alabama State House
                                      11 South Union Street
                                      Montgomery, AL  36130-0152
                                      Telephone: (334) 242-7300
                                      Fax: (334) 242-2848

146658/95071-001