# COURT OF CRIMINAL APPEALS
# STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-03-0502

Willie Lizzlie Gardner v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-732).

## ORDER

Upon consideration of the above referenced appeal, the Court of Criminal Appeals orders that said appeal be and the same is hereby DISMISSED as untimely filed. Having this date dismissed said appeal, the Court further orders that the certificate of judgment shall issue forthwith.

Done this the 9th day of January, 2004.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. William Shashy, Circuit Judge
    Hon. Melissa Rittenour, Circuit Clerk
    Mary R. King, Court Reporter
    David E. Belser, Attorney
    Debra Hollis, Attorney
    Office of Attorney General

EXHIBIT B

# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-03-0502

Willie Lizzlie Gardner v. State of Alabama  (Appeal from Montgomery Circuit Court: CC02-732).

## CERTIFICATE OF JUDGMENT

To the Clerk of the above noted Trial Court, Greetings:

WHEREAS, the appeal in the above-referenced cause has been considered by the Court of Criminal Appeals; and

WHEREAS, an order was issued this date in said cause containing the judgment indicated below:

### Appeal Dismissed

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure and the order of dismissal, it is hereby certified that the aforesaid judgment is final.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 9th day of January, 2004.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. William Shashy, Circuit Judge
Hon. Melissa Rittenour, Circuit Clerk
David E. Belser, Attorney
Debra Hollis, Attorney
Office of Attorney General