# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

Chappell 14705



Lane W. Mann
 Clerk
Sonja McKnight
 Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

June 10, 2005

**CR-04-0476**

Willie Lizzlie Gardner v. State of Alabama   (Appeal from Montgomery Circuit Court: CC02-732.60)

## NOTICE

You are hereby notified that on June 10, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

                                                       **Lane W. Mann, Clerk**
                                                       **Court of Criminal Appeals**

cc: Hon. Melissa Rittenour, Circuit Clerk
    Willie Lizzlie Gardner, Pro Se
    Jean-Paul M. Chappell, Asst. Atty. Gen.



EXHIBIT G