*Chappell*
*74705*

IN THE ALABAMA SUPREME COURT

WILLIE LIZZLIE GARDNER,            )
    Petitioner,                    )
vs.                                )  CASE NO._____
STATE OF ALABAMA,                  )
    Respondent.                    )

## MOTION TO SUSPEND THE RULES

COMES, now the petitioner in the above style cause before the honorable court and moves pursuant Rule 2, Ala.R.App.Pro., and state as follows:

1. The petitioner is incarcerated at the William E. Donaldson Prison and has no means of accessing court rules beyond his resort to the prison law library.

2. The Prison Law Library does not have up to date 2005 Alabama Rules published by the Supreme Court as to rules and procedures for filing writ of certiorari that must be complied with.

3. Your petitioner request that this court accept his petition as properly filed and in good faith attempts to comply with the previous rules of 2004 etc. as a pro-se litigant.

Therefore with premises considered your petitioner herein moves this honorable court to accept this petition as properly filed.

                                            Respectfully submitted,

                                            */s/ Willie L. Gardner*
                                            WILLIE LIZZLIE GARDNER

EXHIBIT I

1.

2.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing legal document has been served on the respondents this ~~24th~~ day ~~Jury~~ 2005, by placing the same in the United State mail postage prepaid and addressed as follows:

OFFICE OF THE ATTORNEY GENERAL
TROY KING
11 South Union Street
Montgomery, Ala. 36130

CLERK, ALABAMA COURT OF CRIMINAL APPEALS
300 Dexter Ave.
Montgomery, Ala. 36130

Respectfully submitted,

*/s/ Willie L. Gardner*
WILLIE LIZZLIE GARDNER
A.I.S.2#19-84
100 Warrior LANE
Bessemer, Ala. 35023

2.