

# IN THE SUPREME COURT OF ALABAMA

*74705 Chappell*

June 30, 2005

**1041461**

Ex parte Willie Lizzlie Gardner.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Willie Lizzlie Gardner v. State of Alabama)   (Montgomery Circuit Court: CC02-732.60; Criminal Appeals : CR-04-0476).

## ORDER

IT IS ORDERED that the brief in support of the petition for writ of certiorari filed in this cause on June 24, 2005, is stricken pursuant to Rule 39(b)(4), Alabama Rules of Appellate Procedure (amended effective June 1, 2005).

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 30th day of  June  2005

*Robert G. Esdale Sr.*

Clerk, Supreme Court of Alabama

cc:
Willie Lizzlie Gardner, Pro Se
Hon. Troy R. King, Attorney General
Hon. Jean-Paul M. Chappell, Asst. Attorney General

PENGAD 800-631-6989

**EXHIBIT**

K

/ag