74705 Chappell

# IN THE SUPREME COURT OF ALABAMA



January 13, 2006

**1041461**

Ex parte Willie Lizzlie Gardner. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Willie Lizzlie Gardner v. State of Alabama) (Montgomery Circuit Court: CC02-732.60; Criminal Appeals : CR-04-0476).

## CERTIFICATE OF JUDGMENT

## Writ Denied

   The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.
   PARKER, J. - Nabers, C.J., and Lyons, Woodall, and Smith, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 13th day of January, 2006

*Robert G. Esdale, Sr.*
Clerk, Supreme Court of Alabama

/bb

EXHIBIT
L