IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE L. GARDNER, #231984, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv413-WHA |
| ) | (WO) |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER AND OPINION**

On April 1, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 17). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief filed by Willie Lizzlie Gardner is DENIED and this case is DISMISSED with prejudice.

Done this the 27th day of April, 2009.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE